6 A.3d 1290

**Joseph RUSSO, Appellant**

v.

**Honorable Pamela Pryor DEMBE, President Judge of the Board of Judges of Philadelphia and Amy L. Kurland, the Office of the Inspector General, Appellees.**

Supreme Court of Pennsylvania.

Nov. 17, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2010, the Order of the Commonwealth Court is hereby **AFFIRMED.**